UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DONALD CHRISTOPHER PEARSON,                :

          Plaintiff,                                :        ORDER

          -against-                                :        07 Civ. 3990 (LAP)(KNF)

CITY OF NEW YORK, ET AL.,                          :

          Defendants.                             :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the defendants and plaintiff pro se on April 8, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before August 4, 2008;

2. a telephonic status conference will be held with the parties on June 23, 2008, at 11:30 a.m. Counsel to the defendants shall initiate the telephonic conference on that date;

3. a settlement conference will be held with the parties on August 6, 2008, at 2:30 p.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order; and

4. the parties joint pretrial order, which must conform with the requirements for such an order as are set forth in the Individual Rules of Practice of the assigned district

judge, must be submitted to the Court for its review on or before September 12, 2008.

Dated: New York, New York  
April 9, 2008

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Donald Pearson  
Jessica T. Cohen, Esq.