MAILED TO COUNSEL- 5/28

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DONALD CHRISTOPHER PEARSON,

                              Plaintiff,

        -against-

CITY OF NEW YORK (NYPD), POLICE OFFICER
JOHN DOE, POLICE OFFICER JOHN DOE, POLICE
OFFICER JOHN DOE, POLICE OFFICER JOHN DOE,

                              Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 3990 (LAP)(KNF)

        **WHEREAS,** plaintiff commenced this action *pro se* on May 22, 2007, by filing a complaint alleging, *inter alia*, violations of his state law rights and his civil rights pursuant to 42 USC § 1983; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **WHEREAS,** plaintiff *pro se* desires to settle this action on the terms set forth below; and

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.    The City of New York hereby agrees to pay plaintiff **DONALD PEARSON** the sum of **ONE THOUSAND ($1,000.00) DOLLARS** in full satisfaction of all claims,

including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the defendant City of New York, and to release all defendants and all present and former employees and agents of the City of New York, and the New York City Police Department from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit Concerning Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         May 14, 2008

DONALD PEARSON
Plaintiff *pro se*
2800 Sedgwick Avenue, Apt. #5A
Bronx, New York 10468

By: *Donald Pearson*
    Donald Pearson

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-208
New York, New York 10007
(212) 788-1895

By: _____
    Jessica T. Cohen (JC 0044)
    Assistant Corporation Counsel

SO ORDERED:

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

_____
Loretta A. Preska, U. S. D. J.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

May 27, 2008